UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

        Plaintiff,

v.

PET SUPERMARKET, INC. d/b/a PET SUPERMARKET,

        Defendant.

Case No. 9:18-cv-80837-WPD

## JOINT NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN and Defendant PET SUPERMARKET, INC., by and through their counsel of record, hereby notify this Honorable Court that the parties have reached a full resolution of all claims in this lawsuit. The parties are finalizing the various conditions and obligations required prior to dismissal of the lawsuit and expect to file appropriate dismissal paperwork with this Court within the next twenty-one (21) days.

Respectfully submitted on this 18th day of October, 2018.

| LAW OFFICE OF GREGORY S. SCONZO, P.A. | QUARLES & BRADY LLP |
|---|---|
| By: /s/ Gregory S. Sconzo (w/ permission) | By: /s/ Kelly L. Davis |
|     Gregory S. Sconzo (FBN 105553) |     Kelly L. Davis (FBN 26461) |
|     5080 PGA Blvd., Suite 213 |     1395 Panther Lane, Suite 300 |
|     Palm Beach Gardens, FL 33418 |     Naples, FL 34109 |
|         Email: greg@sconzolawoffice.com |         Email: kelly.davis@quarles.com |
|         Tel: 561-729-0940 |         Tel: 239-659-5066 |
|         Fax: 561-491-9459 |         Fax: 239-213-5433 |
|     Trial Counsel for Plaintiff |     Trial Counsel for Defendant |