UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80837-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

v.

PET SUPERMARKET, INC. d/b/a PET SUPERMARKET,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Notice of Settlement [DE 18] (the "Notice"), filed on October 18, 2018. The Notice indicates that this case has settled. The parties shall file appropriate dismissal papers on or before **November 9, 2018**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of October, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record